ACCEPTED
03-14-00140-CR
3697835
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 1:34:52 PM
JEFFREY D. KYLE
CLERK



January 8, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/8/2015 1:34:52 PM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

Re:   Frank Howard McMarion v. State of Texas
      Nos. 03-14-00140-CR, 03-14-00141-CR, 03-14-00142-CR,
      03-14-00143-CR, 03-14-00144-CR, 03-14-00145-CR

Dear Mr. Kyle:

I'm sending this letter in order to certify my compliance with Tex. R. App. Proc. 48.4. On December 29, 2014, I mailed Mr. McMarion a copy of the opinion and judgments, along with notifying him about his right to file a petition for discretionary review within 30 days of the issuance of the opinion. I've enclosed a copy of the return receipt on the certified letter that was mailed to Mr. McMarion.

Please let me know if you need any further information from me.


Sincerely,

Chris Perri

1504 West Avenue, Austin, Texas, 78701
Office Tel. (512) 474 4892 | Fax (512) 474 8252
chris@chrisperrilaw.com | www.chrisperrilaw.com

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frank McMarion
TDCJ#01913648
Gist State Jail
3295 FM 3514
Beaumont, TX 77705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _N. Drey_   ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
N G REDCRy

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail®      ☐ Priority Mail Express™
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7014 2870 0002 2458 7322

PS Form 3811, July 2013          Domestic Return Receipt